IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ANDERSON RENE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:14-cv-01455-JHH-TMP |
| ) | |
| SCOTT HASSELL, *Chief Deputy* ) | |
| *of Detention*, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On December 16, 2014, the petitioner in the above-styled cause filed a Joint Motion to Withdraw Petition for Writ of Habeas Corpus Without Prejudice. (Doc. 14). The petitioner has been released from detention. (Id.) Accordingly, the issues raised in the petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 are moot. The parties have agreed that the petition should be dismissed, and the court construes the motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties stipulate that the dismissal should be without prejudice to the filing of a new petition if the petitioner is re-detained. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to

be DISMISSED WITHOUT PREJUDICE.  A corresponding order will be entered contemporaneously herewith.

    **DONE** this the __17th__ day of December, 2014.

_____
SENIOR UNITED STATES DISTRICT JUDGE